The Law Offices of JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Tel:  (562) 904-6955
Fax:  (562) 632-1301
JUDITH S. LELAND (State Bar No: 63747)
MICHAEL T. KEATING (State Bar No: 266562)
E-mail:  tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN  DIVISION

| | | |
|---|---|---|
| TULIP B. RAGIEN, | ) | CIVIL NO. SACV 17-01939-KS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EQUAL ACCESS TO JUSTICE ACT |
| v. | ) | ATTORNEY FEES PURSUANT TO |
| | ) | 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, | ) | |
| Deputy Commissioner for Operations, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of TWO THOUSAND, SEVEN Dollars and 25 cents [$2,007.25] as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated:  June 21, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE